APPEAL No. 76-153. POLICE DEPARTMENT OF THE TOWN OF TIVERTON, FRATERNAL ORDER OF POLICE, LODGE #23 *v.* TOWN OF TIVERTON *et al.* Motion for stay of the arbitration award is denied without prejudice to renewing said motion in the case of *Town of Tiverton* v. *Fraternal Order of Police, Lodge #23,*

No. 76-411-M.P. *Dolbashian, Chappell & Chace, Paul M. Chappell,* for appellee, Police Department of the Town of Tiverton. *Corcoran, Peckham & Hayes, Arthur W. Murphy,* for appellants, Town of Tiverton *et al.*